UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CECIL A. BATES, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | No. 1:13-cv-548-TWP-MJD |
| ) | |
| STATE OF INDIANA, et al., ) | |
| ) | |
| Defendants. ) | |

**Entry Discussing Selected Matters**

**I.**

A suit under 42 U.S.C. § 1983 must be filed within the time allowed by state law for personal injury actions. *Wilson v. Garcia,* 471 U.S. 261 (1985). In Indiana, that period is two (2) years. *Logan v. Wilkins*, 644 F.3d 577, 581 (7th Cir. 2011); *Behavioral Inst. of Ind., LLC v. Hobart City of Common Council*, 406 F.3d 926, 929 (7th Cir. 2005); *Forman v. Richmond Police Department,* 104 F.3d 950 (7th Cir. 1997) ("[T]he two-year Indiana statute of limitations for personal injuries (IND. CODE ' 34-1-2-2) applies to ' 1983 claims.") (citing *Perez v. Sifel,* 57 F.3d 503, 505 (7th Cir. 1995)).

Claims which accrued more than two years before the filing date of April 1, 2013, are dismissed for failure to state a claim upon which relief can be granted because of their obvious untimeliness.

**II.**

No final judgment shall issue at this time as to the claims dismissed in this Entry.

## III.

The plaintiff shall have through June 5, 2013, in which to file an amended complaint asserting claims not dismissed in Part I of this Entry.

IT IS SO ORDERED.

Date: 05/09/2013

Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution:

Cecil Bates
745 W. 32nd St.
Indianapolis, IN 46208